THE MAYOR AND COMMON COUNCIL OF THE CITY OF NEWARK ET AL.. PROSECUTORS AND DEFENDANTS IN ERROR, v. W. CAMPBELL CLARK, DEFENDANT, PLAINTIFF IN ERROR.

Submitted July 10, 1911—Decided November 20, 1911.

On error to the Supreme Court.

For the plaintiff in error, *John R. Hardin*.

For the defendants in error, *Herbert Boggs*.

PER CURIAM.

This case was argued with the case of *Newark* v. *Tunis, ante p.* 461, decided at the present term. It is similar in its essential facts, and is controlled by the decision in the Tunis case. For the reasons given in the opinion filed in that case, the judgment of the Supreme Court will be affirmed.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TREN-CHARD, PARKER, BERGEN, BOGERT, VREDENBURGH, CONGDON, WHITE, JJ. 9.

*For reversal*—None.

For the plaintiff in error, *John R. Hardin.*

